JOHN B. SLAWSON, RESPONDENT, *v.* THE ALBANY RAILWAY, APPELLANT.

APPEAL from a judgment in favor of the plaintiff, entered upon the report of a referee.

This action was brought to recover the price of certain fare-boxes furnished by the plaintiff to the defendant. The defense was, that the boxes were furnished under a special agreement, which the plaintiff had failed to carry out. The referee found in favor of the plaintiff, and from the judgment entered upon his report, this appeal was taken. The General Term held that the evidence showed that the plaintiff had always been ready and willing to perform the contract on his part, and had been prevented from so doing by the acts and neglect of the defendant, and that the plaintiff was entitled to recover; and that the measure of damages adopted by the referee, viz., the contract-price of the boxes, was proper, and affirmed the judgment.

*Matthew Hale*, for the appellant.

*Grenville Tremain*, for the respondent.

Opinion by BOARDMAN J.

Present—MILLER, P. J., BOCKES and BOARDMAN, JJ.

Judgment affirmed, with costs.